The People, Appellee, v. George Kiser, Appellant.

The People, Appellee, v. Jot Ashworth, Appellant.

The People, Appellee, v. W. H. Knight, Appellant.

The People, Appellee, v. Charles W. Knight, Appellant.

The People, Appellee, v. James W. Wallace, Appellant.

The People, Appellee, v. Jesse Miller, Appellant.

These cases are controlled by the decision in People v. Savage, *ante*, p. 145.

Appeals from the City Court of Mattoon; the Hon. GEORGE D. WILSON, Judge, presiding. Heard in this court at the May term, 1910. Reversed and remanded. Opinion filed May 26, 1911.

EMERY ANDREWS, for appellants; CRAIG & KINZEL, of counsel.

HENRY A. NEAL, for appellee.

MR. JUSTICE PHILBRICK delivered the opinion of the court.

The records in these cases are identical with and the questions involved the same as in the case of People v. John Sav-

age, and the opinion filed on this date in that case is controlling of the questions involved herein. *Ante,* p. 145..

The judgments below are reversed and the causes remanded.

*Reversed and remanded.*